# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLEPICHIAN ALDRICH,**   Plaintiff, | : : : |
| v. | : :  Civ. No. 24-cv-847 |
| **MERRICK B. GARLAND.,**   Defendant. | : : : : |

## ORDER

**AND NOW**, this 14th day of January, 2025, upon consideration of Plaintiff's Amended Complaint (Doc. No. 10), Defendant's Motion to Dismiss Or, in the Alternative, for Summary Judgment (Doc. No. 11), and the Parties' Responses and additional submissions (Docs. No. 12, 13, 15, 16), it is hereby **ORDERED** that:

1. Defendant's Motion (Doc. No. 11) is **GRANTED**.

2. Judgment is entered in favor of Defendant and against Plaintiff.

3. The Clerk of Court **SHALL** close this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.